IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
RECEIVED DIVISION

2023 NOV -2 P 12: 13
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Elbert McNon Jr
1089 Tifton Rd
Gordon AL 36343
Plaintiff(s),

v.

Shana Ray
810 ST Mary Rd
Gordon AL 36343
Defendant(s).

CIVIL ACTION NO.
1:23-CV-636-ECM-KFP

JURY DEMAND (MARK ONE)

☒ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Elbert McNon Jr 1089 Tifton Rd, Gordon AL 36343  334-435-8188

2. Name and address of defendant(s): Shana Ray 810 ST Mary Rd, Gordon AL 36343

3. Place of alleged violation of civil rights: Gordon, AL.

4. Date of alleged violation of civil rights: 10/2018

5. State the facts on which you base your allegation that your constitutional [rights were] violated: Accused me of stealing water that was brought to town for hurricane relief. She then broke into my building searching for water and was arrested for this trespassing. She also went to news channel 4 and accused me of theft and was unable to prove. Went to Montgomery with me to take notes as my pro tem mayor

over    1

And then ~~she~~ refused to give me the notes taken ~~during~~ in Montgomery. Also made false statements to WSFA news. She also, while serving as mayor protein turned off the water to my church building at 2013 N. County Rd 95. The water bill was paid up to date. Water remains off til this date.

b. Relief requested: $1 one million dollars

Date: 10-2-23

x *[signature]*

Plaintiff(s) Signature

2