IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELBERT MELTON, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:23-CV-636-ECM-KFP |
| | ) | |
| SHANA RAY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 11, 2024, the undersigned entered a recommendation that this action be dismissed for Plaintiff's failure to pay the required filing fees after his applications to proceed in forma paupers were denied. *See* Doc. 10. On March 21, 2024, Plaintiff filed an application to proceed in forma paupers in another civil action pending in this court. *See Melton v. Town of Gordon*, Case No. 23-CV-639-RAH-KFP, Doc. 14. Having reviewed that application, it appears Plaintiff may have misunderstood the long-form application filed in this case or that he completed it incorrectly, and it further appears that Plaintiff does not have the necessary funds to pay the filing fee in this action.

Accordingly, it is ORDERED that the pending Recommendation of the Magistrate Judge (Doc. 10) is WITHDRAWN, that the Order (Doc. 9) requiring Plaintiff to pay the required filing fees is VACATED, and that Plaintiff's applications for leave to proceed in forma pauperis (Docs. 2, 8) are GRANTED.

The Clerk of Court is directed to STAY service of process so the Court may conduct its obligatory review of Plaintiff's Complaint under 28 U.S.C. § 1915(e).

Done this 3rd day of April, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE